1  Gregory L. Spallas, SBN 129306
   Kristi A. Nguyen,    SBN 241201
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, Tenth Floor
3  San Francisco, California 94108
   Tel:   (415) 278-9400
4  Fax:   (415) 278-9411

5  Attorneys for Defendant
   LONG JOHN SILVER'S, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CLARK, DAVID J. CLARK, | Case No. 2:07-cv-00572-MCE-KJM |
| Plaintiffs, | **REQUEST FOR AND ORDER GRANTING TELEPHONIC APPEARANCE AT HEARING ON MOTION BY COUNSEL FOR PLAINTIFFS TO WITHDRAW AS COUNSEL OF RECORD.** |
| vs. | |
| LONG JOHN SILVER'S, INC., and DOES 1 through 25 inclusive, | |
| Defendants. | Date: August 17, 2007<br>Time: 9:00a.m.<br>Dept.: 3<br>Honorable Morrison C. England, Jr. |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD,**

Counsel for defendant LONG JOHN SILVER'S, INC., hereby requests permission to appear at the hearing on the motion by Clayeo C. Arnold, a Professional Law Corporation, and Amar Shergill to withdraw as counsel of record for plaintiffs PAMELA CLARK and DAVID J. CLARK.

Defendant had not and does not oppose the motion to withdraw. Defendant wishes to be present by telephone to hear any discussion by and between plaintiffs, their counsel and the Court as to further handling on this matter once counsel withdraws.

///

///

1  To avoid the costs of appearing in person for this purpose, defendant respectfully requests that
2  the Court permit Shivani Sutaria, counsel for defendant, to appear by telephone for the hearing at
3  9:00a.m. on August 17, 2007 in Department 3, before the Honorable Morrison C. England, Jr.
4  Ms. Sutaria's direct telephone number is (415) 249-1308.

6  Dated: August 10, 2007                     **PHILLIPS, SPALLAS & ANGSTADT LLP**

8                                              /s/Gregory-Spallas
                                               _____
9                                              Gregory L. Spallas
                                               Attorneys for Defendant
10                                             LONG JOHN SILVER'S INC.

### ORDER

16     The Court hereby GRANTS defendant LONG JOHN SILVER, INC.'S request to appear
17  by telephone at the hearing on the motion by Clayeo C. Arnold, a Professional Law Corporation,
18  and Amar Shergill to withdraw as counsel of record for plaintiffs. On August 17, 2007, the clerk
19  of the Court will call Shivani Sutaria at (415) 249-1308 at 9:00a.m. so that she may appear on
20  behalf of defendant by telephone.

21  Dated: August 10, 2007

                                               _____
23                                             MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE