**CLAYEO C. ARNOLD**
**A Professional Corporation**
Clayeo C. Arnold, SBN 65070
Amar Shergill, SBN 219385
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax: (916) 924-1829

**Attorney for Plaintiffs**
**PAMELA CLARK, DAVID J. CLARK**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CLARK, DAVID J. CLARK, <br><br> Plaintiffs, <br><br> vs. <br><br> LONG JOHN SILVER'S INC., and Does 1 through 25, inclusive, <br><br> Defendants. | Federal Case No: 2:07-cv-00572-MCE-KJM <br><br> [Sacramento Superior Court Case No: 07AS00630] <br><br> **REQUEST FOR AND ORDER GRANTING TELEPHONIC APPEARANCE AT HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS, PAMELA CLARK AND DAVID J. CLARK** <br><br> Date:  August 17, 2007 <br> Time:  9:00 a.m. <br> Dept:  Courtroom 3 <br> Judge: Honorable Morrison C. England, Jr. |

**TO THE COURT, ALL PARITIES AND COUNSEL OF RECORD:**

Counsel for plaintiffs, PAMELA CLARK and DAVID J. CLARK, hereby requests permission to appear at the hearing on the motion to withdraw as counsel of record for plaintiffs, PAMELA CLARK and DAVID J. CLARK.

Defendant had not and does not oppose the motion to withdraw. Counsel wishes to be present by telephone to discuss further handling on this matter.

///
///
///

1

1  To avoid costs of appearing in person for this purpose, counsel respectfully requests that the
2  Court permit, Amar Shergill, counsel for plaintiffs, to appear by telephone for the hearing held
3  on August 17, 2007 at 9:00 a.m. in Department 3, before the Honorable Morrison C. England,
4  Jr.  Mr. Shergill's direct telephone number is (916) 924-3628.

Dated: August 10, 2007                    CLAYEO C. ARNOLD
                                          A Professional Law Corporation


                            /s/ - AMAR SHERGILL
                            AMAR SHERGILL
                            Attorney for Plaintiffs


## ORDER

The Court hereby GRANTS counsel AMAR SHERGILL request to appear by telephone at the hearing on the motion to withdraw as counsel of record for plaintiffs, PAMELA CLARK and DAVID J. CLARK.  On August 17, 2007, the clerk of the Court will call Amar Shergill at (916) 924-3628 at 9:00 a.m. so that he may appear on behalf of plaintiffs by telephone.

Dated: August 13, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE