UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PAMELA CLARK, and
DAVID J. CLARK,

    Plaintiffs,

  v.

LONG JOHN SILVER'S INC., and
DOES 1 through 25, inclusive,

    Defendants.

No. 2:07-cv-00572-MCE-KJM

ORDER

Amar Shergill and his law firm, Clayeo C. Arnold, a Professional Law Corporation, move to withdraw as Plaintiff's counsel of record in the above referenced litigation. Plaintiffs have not opposed Mr. Shergill's request in that regard.[1]

///
///
///

---

[1] In fact, on August 28, 2007, after this Motion was submitted, the Court received a letter from Plaintiff Pamela Clark indicating that she and her husband were in agreement with the instant withdrawal request.

1  This motion is governed by the requirements of Local Rule
2 83-182(b), which provides that an attorney may not withdraw,
3 leaving the client *in propria persona*, absent noticed motion and
4 an affidavit from counsel showing the efforts made to provide
5 notification of the attorney's intent to withdraw.  Attorney
6 Shergill has complied with those requirements and his request to
7 withdraw is accordingly proper.

8  Because counsel's request is both procedurally correct and
9 unopposed, the Motion to Withdraw is GRANTED.[2]  Amar Shergill and
10 Clayeo C. Arnold, a Law Corporation, are relieved as counsel of
11 record for Plaintiffs effective upon the filing of proof of
12 service of this signed order on Plaintiffs.

14  IT IS SO ORDERED.

Dated: August 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 78-230(h).

2