UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 27, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

PAMELA CLARK and DAVID J. CLARK

           v.          CASE NUMBER: CIV S-07-0572 MCE  DAD

LONG JOHN SILVER, INC.

**XX --**  **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT BY DEFENDANT LONG JOHN SILVERS, INC. IN THE AMOUNT OF $5,001 AS TO PLAINTIFF DAVID J. CLARK.**

           Victoria C. Minor,
           Clerk of the Court

ENTERED:   October 27, 2009

           by:_/s/NDDuong_____
           NDDuong, Deputy Clerk