|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | **FILED**<br>October 27, 2009<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>DEPUTY CLERK |
| EASTERN DISTRICT OF CALIFORNIA | |

**JUDGMENT IN A CIVIL CASE**

PAMELA CLARK and DAVID J. CLARK

                v.         CASE NUMBER: CIV S-07-0572 MCE  DAD

LONG JOHN SILVER, INC.

**XX -- Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT BY DEFENDANT LONG JOHN SILVERS, INC. IN THE AMOUNT OF $45,001 AS TO PLAINTIFF PAMELA CLARK.**

                                              Victoria C. Minor,
                                              Clerk of the Court

ENTERED:   October 27, 2009

                                              by:_/s/NDDuong_____
                                              NDDuong, Deputy Clerk